UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS                                                       CRIMINAL ACTION NO. 3:09CR-85-S

KAREN CUNAGIN SYPHER                                                          DEFENDANT

**ORDER**

Motion for an extension of time granting counsel an additional five days within which to file a Motion for Change of Venue having been made, and Counsel for the United States having no objection,

**IT IS HEREBY ORDERED** that the defendant's motion for an extension of time granting counsel up to and including Friday, April 9, 2010, is granted**.** The response of the United States shall be filed no later than April 16, 2010.

Dated:

Copies to:
Counsel of Record
United States Probation
United States Marshal
United States Attorney

Case 3:09-cr-00085-CRS Document 54 Filed 04/12/10 Page 2 of 2 PageID #: 159